UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:24-CR-00595-JWH-004 | Date: 12/3/2024 |
| Present: The Honorable: Steve Kim, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Connie Chung | C/S 12/03/2024 | Lauren Restrero |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✓ Present Released on Bond | Attorneys for Defendants: ✓ Present Retained |
|---|---|
| Joel Martin Evans | Daniel R. Perlman |

**Proceedings:** Arrangement of Defendant and/or ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Mark McBride (Retained) special appearing for Daniel R. Perlman.
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge John W. Holcomb.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/27/2025 9:00 AM; Status Conference: 1/10/2025 1:00 PM; Motion Hearing: 1/10/2025 1:00 PM
* Government counsel provides trial estimate of 5 days.
* Judge Holcomb is located in 9D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc:  PSALA       PSAED       PSASA      Initial Appearance/Appointment of Counsel: 00 : 00
  ✓ USMLA       USMED       USMSA      Arraignment: 00 : 03
     Statistics Clerk              Interpreter         Initials of Deputy Clerk: CC by CGM
     CJA Supervising Attorney       Fiscal