1  DANIEL PERLMAN (Bar No. 236278)
   DANIEL PERLMAN LAW
2  3500 W. Olive Ave. 3rd Floor
   Burbank, CA 91505
3  Telephone: (310) 935-3655
   Facsimile: (310) 388-3018
4  daniel@danielperlmanlaw.com

5  Attorney for Defendant
   JOEL EVANS

# UNITED STATES DISTRICT COURT

# CENTAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No **2:24-cr-00595-JWH-4** |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR PERMISSION TO TRAVEL** |
| JOEL EVANS, | |
| Defendant. | |

A.   TO: THE COURT AND CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD;

Defendant Joel Evans, by and through his counsel of record Daniel R. Perlman hereby request the Court approve his request for permission to travel to visit his ailing grandmother out of state in Indiana between May 22 and 29, 2025.

Pretrial Services and The United States by and through AUSA Lauren Restrepo do not object to this request.

Dated: April 30, 2025                             _____/s/_____
                                                  Daniel R. Perlman
                                                  Attorney for Defendant