UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:24-cr-00595-JWH                                             Date: 7/18/2025

Present: The Honorable: John D. Early, United States Magistrate Judge

Interpreter _____                Language _____

| Amber Rodriguez | CS 07/18/2025 | Lauren Restrepo |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✓ Present  Released on Bond         Attorneys for Defendants:  ✓ Present  Retained

Joel Martin Evans                                          Daniel R. Perlman

Proceedings: Arraignment of Defendant and/or    ✓ Assignment of Case    Appointment of Counsel
                                                Initial Appearance

* Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
* Defendant states true name is the name on the Superseding Indictment A.
* Defendant is arraigned under name on the Superseding Indictment A.
* Defendant is given copy of the Superseding Indictment A.
* Defendant confirms reading, signing, and understanding the Advisement of Rights form CR-10.
*Court acknowledges waiver of a detailed reading of the charging document and ascertains that the defendant understands the nature of the charges.
* Defendant pleads "not guilty" to all counts of the Superseding Indictment A.
* This case is assigned to Judge John W. Holcomb.
* All previously set dates remain.
* Government counsel provides trial estimate of 5 days.
* Judge Holcomb is located in 9D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, CA 92701-4516.

cc:  PSALA      PSAED      PSASA
     USMLA      USMED      USMSA         Initial Appearance/Appointment of Counsel: _____ : _____
     Statistics Clerk      Interpreter                           Arraignment: _____ : 05
     CJA Supervising Attorney   Fiscal              Initials of Deputy Clerk: ARO  /ARO/