1  DANIEL PERLMAN (Bar No. 236278)
   3500 W. Olive Ave. 3rd Floor
2  Burbank, CA 91505
   Telephone: (818) 383-6692
3  daniel@danielperlmanlaw.com

4  Attorney for Defendant
5  JOEL EVANS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JOEL EVANS,<br><br>      Defendant. | Case No. 2:24-cr-00595-JWH-4<br><br>**STIPULATION TO MODIFY BOND CONDITIONS** |

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Lauren Restrepo, and defendant Joel Evans, by and through his attorney of record, Daniel Perlman, that:

     1.    On July 18, 2025, Mr. Evans made his initial appearance in this matter. (ECF No. 18.) The Court set a number of conditions of release including per the direction of U.S. Probation that he be placed on location monitoring.  Mr. Evans has continued to perform admirably on pre-trial release such that after conferring, The United States, U.S. Probation and defense counsel agree and petition The Court to modify the conditions of bond to remove location monitoring.  Local supervision will continue to be monitored by U.S. Probation/Pretrial Services in the Eastern District of North Carolina where Mr. Evans resides.

     As such, the parties hereby stipulate that the Court should modify Mr. Evans current conditions by removing the need for Location Monitoring forthwith.

1
2        All other bond conditions shall remain the same.
3
4                                    Respectfully submitted,
5                                    Daniel R. Perlman
                                     Counsel for Defendant
6
7
8   DATED: August 27, 2025          By  /s/ *Daniel Perlman*
                                     _____
                                     Daniel R. Perlman
9                                    Counsel for Defendant
10
11
12
13
14  DATED: August 27, 2025          By  /s/
                                     _____
15                                   Lauren Restrepo
                                     Assistant United States Attorney
16
17
18
19
20
21
22
23
24
25
26
27
28

2