1  DANIEL PERLMAN (Bar No. 236278)
   3500 W. Olive Ave. 3rd Floor
2  Burbank, CA 91505
   Telephone: (818) 383-6692
3  daniel@danielperlmanlaw.com

4  Attorney for Defendant
5  JOEL EVANS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00595-JWH-4 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO MODIFY BOND CONDITIONS |
| v. | |
| JOEL EVANS, | |
| Defendant. | |

TO: THE COURT AND CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD; ORDER GRANTING DEFENDANT'S MOTION TO DISCONTINUE LOCATION MONITORING AS A CONDITION OF PRETRIAL RELEASE.

This matter, having come before the court for defendant's petition to modify the terms of his bond, and it appearing upon Defense request and agreement by Pretrial Services and The United States that good cause has been shown that the request should be granted,

Since Evans release he has remained in full compliance with the conditions of his bond per Pre-Trial Services/U.S. Probation.

IT IS HEREBY ORDERED that the conditions of release be modified such that location monitoring be stricken from his conditions effective immediately; Defendant Evans is ordered to continue to comply with all other requirements of his bond conditions.

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Joel Evans Stipulation to modify bond conditions be granted.

IT IS SO ORDERED.

Entered this  28th   day of August, 2025

By _____
**Honorable Douglas F. McCormick**
United States Magistrate Judge