LAUREN RESTREPO (Cal. Bar No. 319873)
Assistant United States Attorney
National Security Division
312 N. Spring Street, 15th, Fl.,
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF(S)

v.

AHMED HOSSAM ELDIN ELBADAWY, et al.,

DEFENDANT(S).

CASE NUMBER:

CR 24-CR-00595-JWH-4

**NOTICE OF MANUAL FILING
OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION AND [PROPOSED] ORDER FOR AN ORDER SEALING DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S UNDER SEAL DOCUMENT [FILED UNDER SEAL] (WITH SERVICE ON PARTIES).

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

August 12, 2026
Date

LAUREN RESTREPO
Attorney Name

UNITED STATES OF AMERICA, PLAINTIFF
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING